# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Baylson, Michael M. | 2. Court or Organization  U.S.D.C | 3. Date of Report  06/21/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - active | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016  to  12/31/2016 |

**7. Chambers or Office Address**

3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | 2016 | Penn Law School - Professor | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2016 | Self-Employed Physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | Sedona Conference | 6/13/16 - 6/15/16 | Berlin, Germany | Speaker on Cross Border Discovery | Airfare and lodging expenses |
| 3. | University of California Los Angeles | 8/10/16 - 8/13/16 | Prague, Czech Republic | Speak on legal issues | Airfare and lodging expenses |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Second IRA R/O | | | | | | | | | |
| 2. vanguard federal money market fund | A | Dividend | K | T | Buy | 07/08/16 | J | | |
| 3. vanguard intermediate term bond fund index admiral cl | B | Dividend | M | T | Buy | 09/13/16 | M | | |
| 4. vanguard short term bond index admiral cl | A | Dividend | L | T | Buy | 09/13/16 | L | | |
| 5. vanguard 500 index admiral cl | A | Dividend | K | T | Buy | 09/13/16 | K | | |
| 6. vanguard intermediate term invest grade admiral cl | B | Dividend | M | T | Buy | 09/13/16 | M | | |
| 7. vanguard short term investment grade admiral cl | A | Dividend | L | T | Buy | 09/13/16 | L | | |
| 8. vanguard ftse all world ex u.s. small cap investor cl | A | Dividend | K | T | Buy | 09/13/16 | K | | |
| 9. vanguard growth index admiral cl | A | Dividend | M | T | Buy | 09/13/16 | M | | |
| 10. vanguard total intl bond index admiral cl | B | Dividend | M | T | Buy | 09/13/16 | M | | |
| 11. vanguard developed markets index admiral cl | A | Dividend | K | T | Buy | 09/13/16 | K | | |
| 12. vanguard value index admiral cl | A | Dividend | M | T | Buy | 09/13/16 | M | | |
| 13. dfa emerging markets core equity cl 1 | B | Dividend | L | T | | | | | |
| 14. dfa global real estate securities instl cl | C | Dividend | L | T | | | | | |
| 15. dfa intl value instl cl | B | Dividend | L | T | | | | | |
| 16. dfa u.s. large cap value instl cl | C | Dividend | L | T | | | | | |
| 17. dfa u.s. micro cap instl cl | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. dfa u.s. small cap value instl cl | B | Dividend | L | T | | | | | |
| 19. dfa global alloc 60/40 instl cl | B | Dividend | L | T | | | | | |
| 20. dfa intl large cap growth instl cl | B | Dividend | K | T | | | | | |
| 21. dfa intl small cap value cl 1 | C | Dividend | L | T | | | | | |
| 22. first eagle overseas cl 1 | B | Dividend | K | T | | | | | |
| 23. hotchkis & wiley mid cap value cl 1 | B | Dividend | L | T | | | | | |
| 24. maingate mlp cl 1 | C | Dividend | L | T | | | | | |
| 25. morgan stanley instl intl equity cl 1 | A | Dividend | L | T | | | | | |
| 26. westcore mid cap value | C | Dividend | L | T | | | | | |
| 27. william blair intl growth cl 1 | A | Dividend | K | T | | | | | |
| 28. william blair large cap growth cl 1 | A | Dividend | L | T | | | | | |
| 29. william blair small cap growth cl 1 | B | Dividend | K | T | | | | | |
| 30. william blair intl small cap growth cl 1 | A | Dividend | K | T | | | | | |
| 31. lebenthal lisanti small cap growth | | None | | | Sold | 09/02/16 | J | | |
| 32. morgan stanley aip multi-strategy | B | Dividend | M | T | Buy (add'l) | 02/01/16 | M | | |
| 33. | | | | | Sold | 01/29/16 | O | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. baron growth | | None | | | Sold | 09/12/16 | K | | |
| 36. blackrock low duration bond | B | Dividend | | | Sold (part) | 05/18/16 | K | | |
| 37. | | | | | Sold | 09/02/16 | M | | |
| 38. dfa one-year fixed income | A | Dividend | | | Sold (part) | 06/03/16 | K | | |
| 39. | | | | | Sold | 09/02/16 | M | | |
| 40. dfa short term govt | A | Dividend | | | Sold | 09/02/16 | M | | |
| 41. dodge and cox stock | A | Dividend | | | Sold | 09/02/16 | K | | |
| 42. e.i.i global property inst | | None | | | Sold | 09/02/16 | J | | |
| 43. hotchkis & wiley large cap value | | None | | | Sold | 09/02/16 | K | | |
| 44. ivy midcap growth | | None | | | Sold | 09/02/16 | K | | |
| 45. janus fund | | None | | | Sold | 09/02/16 | L | | |
| 46. mainstay marketfield | | None | | | Sold | 03/14/16 | K | | |
| 47. metropolitan west total return bond | B | Dividend | | | Sold | 09/02/16 | L | | |
| 48. morgan stanley emerging mkts | A | Dividend | | | Sold | 09/02/16 | L | | |
| 49. royce opportunity invt | | None | | | Sold | 09/02/16 | K | | |
| 50. schwab advisor cash reserves | A | Dividend | | | Sold | 07/08/16 | J | | |
| 51. rs global natural resources fd (name change to victory global natural) | | None | | | Sold | 09/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. westcore intl small cap fund | | None | | | Sold | 09/02/16 | K | | |
| 53. westcore midco growth | | None | | | Sold | 09/02/16 | K | | |
| 54. william blair mid cap growth | | None | | | Sold | 09/02/16 | K | | |
| 55. TDA Joint | | | | | | | | | |
| 56. citigroup | A | Dividend | | | Sold | 11/07/16 | J | A | |
| 57. juniper pharmaceuticals inc. | | None | J | T | | | | | |
| 58. fireeye inc. | | None | K | T | | | | | |
| 59. opko health inc. | | None | L | T | | | | | |
| 60. pennsylvania real estate invst | A | Dividend | | | Sold | 08/31/16 | K | D | |
| 61. progenics pharmaceuticals | | None | M | T | Sold (part) | 11/22/16 | K | A | |
| 62. qualcomm communications | B | Dividend | K | T | | | | | |
| 63. rentech | | None | J | T | | | | | |
| 64. safeguard scientfics inc. | | None | K | T | | | | | |
| 65. bancorp bank | | None | J | T | Buy | 10/17/16 | J | | |
| 66. WF | | | | | | | | | |
| 67. International Business Machines | D | Dividend | M | T | | | | | |
| 68. Verizon Communicatins | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Bank Deposits Sweep | | None | J | T | | | | | |
| 70. WFBNA Collateral Acct | | | | | | | | | |
| 71. CMF Money Market Portfolio | | None | J | T | | | | | |
| 72. AT&T | A | Dividend | J | T | | | | | |
| 73. Bank of America | A | Dividend | K | T | | | | | |
| 74. BP Plc Sponsored ADR | B | Dividend | K | T | | | | | |
| 75. Conoco Phillips | A | Dividend | K | T | | | | | |
| 76. Exelon Corp | B | Dividend | K | T | | | | | |
| 77. Fidelity National Information Services | A | Dividend | L | T | | | | | |
| 78. FNF Group | A | Dividend | J | T | | | | | |
| 79. General Electric Co. | C | Dividend | M | T | | | | | |
| 80. JP Morgan Chase & Co. | B | Dividend | L | T | | | | | |
| 81. NCR Corp | | None | J | T | | | | | |
| 82. Phillips 66 | A | Dividend | K | T | | | | | |
| 83. Teradata | | None | J | T | | | | | |
| 84. Wells Fargo Company | A | Dividend | J | T | | | | | |
| 85. Western Digital Corp. Del | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Franklin Mutual Ser Fund Inc. | | None | | | Sold | 08/16/16 | K | | |
| 87. | | | | | Sold | 04/22/16 | K | | |
| 88. | | | | | Sold | 05/10/16 | J | | |
| 89. | | | | | Sold | 06/30/16 | J | | |
| 90. PIMCO Fundamental IndexPlus AR | | None | K | T | | | | | |
| 91. First IRA R/O | | | | | | | | | |
| 92. Vanguard Federal Money Market Fund | A | Dividend | K | T | Buy | 09/12/16 | J | | |
| 93. Vanguard Intermediate Term Bond Index | B | Dividend | L | T | Buy | 09/12/16 | L | | |
| 94. Vanguard Short term Bond Index | A | Dividend | L | T | Buy | 09/12/16 | L | | |
| 95. Vanguard 500 Index | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 96. Vanguard Intermediate Term Invest Grade | B | Dividend | L | T | Buy | 09/12/16 | L | | |
| 97. Vanguard Short Term Investment Grade | A | Dividend | L | T | Buy | 09/12/16 | L | | |
| 98. Vanguard FTSE All World Ex US Small Cap | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 99. Vanguard Growth Index | A | Dividend | M | T | Buy | 09/12/16 | M | | |
| 100. Vanguard Total Intl Bond Index | B | Dividend | M | T | Buy | 09/12/16 | M | | |
| 101. Vanguard Developed Markets Index | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 102. Vanguard Value Index | A | Dividend | L | T | Buy | 09/12/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 104. DFA Global Real Estate Securties Instl | B | Dividend | K | T | | | | | |
| 105. DFA Intl Value Instl | B | Dividend | K | T | | | | | |
| 106. DFA US Large Cap Value Instl Cl | B | Dividend | K | T | | | | | |
| 107. DFA US Micro Cap Instl | B | Dividend | K | T | | | | | |
| 108. DFA US Small Cap Value Instl | B | Dividend | K | T | | | | | |
| 109. DFA Intl Large Cap Growth Instl | A | Dividend | K | T | | | | | |
| 110. DFA Intl Small Cap Value | B | Dividend | K | T | | | | | |
| 111. First Eagle Overseas | B | Dividend | K | T | | | | | |
| 112. Hotchkis & Wiley Mid Cap Value | A | Dividend | L | T | | | | | |
| 113. Maingate MLP Cl I | B | Dividend | K | T | | | | | |
| 114. Morgan Stanley Instl Intl Equity | A | Dividend | K | T | | | | | |
| 115. Westcore Mid Cap Value Dividend | B | Dividend | K | T | | | | | |
| 116. William Blair Intl Growth | A | Dividend | K | T | | | | | |
| 117. William Blair Large Cap Growth | A | Dividend | K | T | Buy (add'l) | 03/14/16 | J | | |
| 118. William Blair Small Cap Growth | A | Dividend | K | T | | | | | |
| 119. William Blair Intl Small Cap Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Blackrock Low Duration Fund | B | Dividend | | | Sold | 09/02/16 | M | | |
| 121. DFA One-Year Fixed Income | A | Dividend | | | Sold | 09/02/16 | M | | |
| 122. Morgan Stanley AIP Multi -Strategy | B | Dividend | L | T | Buy | 02/01/16 | L | | |
| 123. | | | | | Sold | 01/29/16 | M | | |
| 124. DFA Short Term Govt | A | Dividend | | | Sold | 09/02/16 | L | | |
| 125. Dodge & Cox Stock | A | Dividend | | | Sold | 09/02/16 | K | | |
| 126. Janus Fund | | None | | | Sold | 09/02/16 | K | | |
| 127. Mainstay Marketfield | | None | | | Sold | 03/14/16 | K | | |
| 128. Metropolitan West Total Return Bond Fund | A | Dividend | | | Sold | 09/02/16 | L | | |
| 129. Schwab Advisors Cash Reserves | A | Dividend | | | Sold | 07/06/16 | L | | |
| 130. Lebentahl Lisanti Small Cap Growth | | None | | | Sold | 09/02/16 | J | | |
| 131. Baron Growth | | None | | | Sold | 09/02/16 | K | | |
| 132. | | | | | | | | | |
| 133. E.I.I. Global Property INST | | None | | | Sold | 09/02/16 | J | | |
| 134. Hotchkis & Wiley Large Cap Value | | None | | | Sold | 09/02/16 | K | | |
| 135. | | | | | | | | | |
| 136. Ivy Mid Cap Growth | | None | | | Sold | 09/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley Emerging Mkts | A | Dividend | | | Sold | 09/02/16 | K | | |
| 138. | | | | | | | | | |
| 139. Royce Opportunity Invt | | None | | | Sold | 09/02/16 | K | | |
| 140. RS Global Natuarl Resources FD (name change to Victory Global Natural) | | None | | | Sold | 09/02/16 | K | | |
| 141. Westcore Intl Small Cap Fund | | None | | | Sold | 09/02/16 | K | | |
| 142. | | | | | | | | | |
| 143. Westcore MIDCO Growth | | None | | | Sold | 09/02/16 | K | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. William Blair Mid Cap Growth | | None | | | Sold | 09/02/16 | K | | |
| 147. | | | | | | | | | |
| 148. Greenspan Baylson Partnership | B | Int./Div. | J | U | | | | | |
| 149. | C | Distribution | | | | | | | |
| 150. LLR Equity Partners Parallel III, LP | A | Int./Div. | L | U | | | | | |
| 151. | D | Distribution | | | | | | | |
| 152. Planet Data Acq. | | None | L | W | | | | | |
| 153. Advanced Reproductive Care | | None | J | W | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Keystone Property Fund IIIA, LP | A | Int./Div. | L | W | | | | | |
| 155. | D | Distribution | | | | | | | |
| 156. Keystone Tristate Opp. Fund, LP | A | Int./Div. | L | W | | | | | |
| 157. | D | Distribution | | | | | | | |
| 158. KPG Curtis Investors, LP | A | Distribution | L | W | | | | | |
| 159. KPGFW - 1 - PA Ventures, LP | A | Int./Div. | J | U | | | | | |
| 160. | D | Distribution | | | | | | | |
| 161. Versa Capital Fund II, LP | A | Int./Div. | M | U | | | | | |
| 162. Melior Pharmaceuticals | | None | J | T | | | | | |
| 163. Allied Biosciences Services | | None | M | T | | | | | |
| 164. Prostagene | | None | L | T | | | | | |
| 165. Baumrin et al Partnership | | None | K | W | | | | | |
| 166. Formation Properties LLC | | None | J | U | Buy | 07/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 06/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael M. Baylson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544